# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 101st Judicial District Court of Dallas County, TX | DC-16-09905 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Maria Rojas | Clay Miller, TBN 00791266, |
   | | Lawrence R. Lassiter, TBN 11969850 |
   | | Miller Weisbrod, LLP, 11551 Forest Central Drive |
   | | Suite 300, Dallas, TX 75231; 214.987.0005 |
   | | see additional sheet |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?  ☐ Yes   ☑ No

   If "*Yes*," by which party and on what date?

   _____          _____
   Party                                              Date

Supplemental Civil Cover Sheet
Page 1 of 2

# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   | --- | --- |
   | 101st Judicial District Court of Dallas County, TX | DC-16-09905 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   | --- | --- |
   | Maria Rojas | Houston Smith |
   | | Law Offices of Houston M. Smith, P.C. |
   | | 210 East Moore, Terrell, Tx 75160 |
   | | 972.524.1903 |
   | | |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?  ☐ Yes    ☑ No

   If "*Yes*," by which party and on what date?

   _____     _____
   Party                               Date

# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 101st Judicial District Court of Dallas County, TX | DC-16-09905 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Renfro Industries, Inc. | Gary D. Sarles, TBN 17651100 |
   | | O. Paul Dunagan, TBN 06202700 |
   | | Sarles & Ouimet, 900 Jackson Street, Suite 370 |
   | | Dallas, TX 75202 |
   | | 214.573.6300 |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?   ☐ Yes   ✓ No

   If "*Yes*," by which party and on what date?

   _____        _____
   Party                                                     Date

# Supplemental Civil Cover Sheet for Cases Removed From State Court

**This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.**

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | 101st Judicial District Court of Dallas County, TX | DC-16-09905 |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Dispute Solutions, Inc. and Essential Corporate Solutions, Inc. | Curtis L. Marsh, Esq. TBN 13020050 |
   |  | Law Firm of Curtis L. Marsh, PLLC |
   |  | 900 Jackson Street, Suite 370 |
   |  | Dallas, Texas 75202 |
   |  | 214-573-6310 |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?   ☐ Yes   ✓ No

   If "*Yes*," by which party and on what date?

   _____        _____
   Party                                                                     Date

4. **Answer:**

   Was an Answer made in State Court?  ☑ Yes      ☐ No

   If "*Yes*," by which party and on what date?

   Renfro Industries, Inc.                          September 16, 2016
   Party                                            Date

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | Party | Reason(s) for No Service |
   |---|---|
   | None | |
   | | |
   | | |
   | | |
   | | |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | Party | Reason |
   |---|---|
   | None | |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |---|---|
   | Maria Rojas | Claims for breach of fiduciary duty against Renfro Industries, Inc. as Plan Administrator of the Renfro ERISA Plan, against Renfro Industries, Inc. for occupational injury negligence, and against Dispute Solutions, Inc. and Essential Corporate Solutions Inc. for civil conspiracy with the Plan Administrator |